IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VIOLA JOAN ROTHE-HURLEY                                                                    PLAINTIFF

v.                                          Case No. 3:12CV00126 JTK

CAROLYN COLVIN, Commissioner,
Social Security Administration                                                              DEFENDANT

**JUDGMENT**

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ORDERED this 21st day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE